RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Shyenne Shalayah Teller

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHYENNE SHALAYAH TELLER,<br><br>    Defendant. | Case No. 2:24-mj-00571-DJA<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Shyenne Shalayah Teller, that the status conference currently scheduled on October 3, 2025 at 11:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Ms. Teller has completed one online class but still requires additional time to complete the remaining special conditions of her unsupervised probation. Ms. Teller is indigent and continues to save funds to pay for the remaining online classes.

2. Ms. Teller is out of custody and agrees with the need for continuance.

3.  The parties agree to the continuance.

This is the second request for a continuance of the status conference.

DATED this 23rd day of September, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Skyler Pearson*<br>SKYLER PEARSON<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>SHYENNE SHALAYAH TELLER,<br><br>            Defendant. | Case No. 2:24-mj-00571-DJA<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the status conference currently scheduled for October 3, 2025 at 11:30 a.m., be vacated and continued to  December 12, 2025  at the hour of 11:30 a.m.

    DATED this 25th day of September, 2025.

_____
UNITED STATES MAGISTRATE JUDGE