RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Shyenne Shalayah Teller

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00571-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | (Fourth Request) |
| SHYENNE SHALAYAH TELLER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Shyenne Shalayah Teller, that the status conference scheduled for February 20, 2026, be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

The Stipulation is entered into for the following reasons:

1.      Ms. Teller needs additional time to complete the special conditions of her unsupervised probation due to financial difficulties. She is currently unemployed and looking for work. She has completed one of the online classes she is required to take.

2.      The defendant is out of custody and agrees with the need for continuance.

3.      The parties agree to the continuance.

This is the fourth stipulation to continue filed herein.

DATED this 12th day of February, 2026.

RENE L. VALLADARES                    TODD BLANCHE
Federal Public Defender               Deputy Attorney General of the United States

By /s/ Rick Mula                      By /s/ Skyler Pearson
RICK MULA                             SKYLER PEARSON
Assistant Federal Public Defender     Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00571-DJA |
| Plaintiff, | ORDER |
| v. | |
| SHYENNE SHALAYAH TELLER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the status conference currently scheduled for February 20, 2026 at the hour of 11:30 a.m., be vacated and continued to **May 1, 2026, at 11:30 a.m.**

DATED this 13th day of February, 2026.

_____
UNITED STATES MAGISTRATE JUDGE