RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Shyenne Shalayah Teller

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00571-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | (Fifth Request) |
| SHYENNE SHALAYAH TELLER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Joseph Sciscento, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Shyenne Shalayah Teller, that the status conference scheduled for May 1, 2026, be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1.      Defense counsel is unavailable on May 1, 2026, and seeks a continuance of this matter to the subsequent petty calendar.

2.      The defendant is out of custody and agrees with the need for continuance.

3.      The parties agree to the continuance.

This is the fifth stipulation to continue filed herein.

DATED this 10th day of April, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General

By */s/ Rick Mula*
RICK MULA
Assistant Federal Public Defender

By */s/ Joseph Sciscento*
JOSEPH SCISCENTO
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00571-DJA |
| Plaintiff, | <u>ORDER</u> |
| v. | |
| SHYENNE SHALAYAH TELLER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the status conference currently scheduled for May 1, 2026 at the hour of 11:30 a.m., be vacated and continued to **June 5, 2026,** at the hour of **11:30 a.m.**

DATED this 13th day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3