RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Shyenne Shalayah Teller

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00571-DJA |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE** (Sixth Request) |
| SHYENNE SHALAYAH TELLER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Joseph Sciscento, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Shyenne Shalayah Teller, that the status conference scheduled for June 5, 2026, be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

The Stipulation is entered into for the following reasons:

1.    Ms. Teller needs additional time to complete the special conditions of her unsupervised probation due to financial difficulties. She has been struggling to find employment over the last several months, and she has been unable to afford to pay her fine or

the fees for the online classes. However, she has secured employment that is scheduled to begin Monday, May 18, 2026.

2.    The defendant is out of custody and agrees with the need for continuance.

3.    The parties agree to the continuance.

This is the sixth stipulation to continue filed herein.

DATED this 12th day of May, 2026.

RENE L. VALLADARES                    TODD BLANCHE
Federal Public Defender               Acting Attorney General

By /s/ Rick Mula                      By /s/ Joseph Sciscento
RICK MULA                             JOSEPH SCISCENTO
Assistant Federal Public Defender     Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

SHYENNE SHALAYAH TELLER,

      Defendant.

Case No. 2:24-mj-00571-DJA

ORDER

IT IS THEREFORE ORDERED that the status conference currently scheduled for June 5, 2026 at the hour of 11:30 a.m., be vacated and continued to **August 14, 2026, at 11:30 a.m.**

DATED this 13th day of May, 2026.

_____

UNITED STATES MAGISTRATE JUDGE

3