RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Shyenne Shalayah Teller

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHYENNE SHALAYAH TELLER,<br>Defendant. | Case No. 2:24-mj-00571-DJA<br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(Seventh Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Joseph Sciscento, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Shyenne Shalayah Teller, that the status conference scheduled for August 14, 2026, be vacated and set to a date and time convenient to this Court, but no sooner than ninety (90) days.

The Stipulation is entered into for the following reasons:

1. Since filing the last stipulation to continue, Ms. Teller has secured employment in the kitchen at a hotel. She informed defense counsel that she made a payment of $60 toward her fine on Monday, August 3, 2026.

2. Ms. Teller still needs additional time to complete the special conditions of her unsupervised probation due to financial difficulties.

3. The defendant is out of custody and agrees with the need for continuance.

4. The parties agree to the continuance.

This is the seventh stipulation to continue filed herein.

DATED this 5th day of August, 2026.

RENE L. VALLADARES
Federal Public Defender

By _/s/ Rick Mula_

RICK MULA
Assistant Federal Public Defender

TODD BLANCHE
Acting Attorney General

By _/s/ Joseph Sciscento_

JOSEPH SCISCENTO
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHYENNE SHALAYAH TELLER,

Defendant.

Case No. 2:24-mj-00571-DJA

ORDER

IT IS THEREFORE ORDERED that the status conference currently scheduled for August 14, 2026 at the hour of 11:30 a.m., be vacated and continued to **February 5, 2027, at 11:30 a.m.**

DATED this 7th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE